THOMPSON, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1), and (a)(2)(E), and (a)(2)(F), Ala.R.App.P.; Hose v. Winn-Dixie Montgomery, Inc., 658 So.2d 403 (Ala.1995); Green v. Bester, 568 So.2d 792 (Ala.1990); West v. Founders Life Assurance Co., 547 So.2d 870 (Ala.1989); and Collier v. Necaise, 522 So.2d 275 (Ala.1988).
The supreme court transferred this appeal to this court pursuant to § 12-2-7(6) Ala.Code 1975.
PITTMAN and MURDOCK, JJ., concur.
YATES, P.J., and CRAWLEY, J., dissent.